O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT NOLDEN, III,<br><br>Petitioner,<br><br>v.<br><br>PAUL LOZANO, Chief of Corrections,<br><br>Respondent. | Case No. 2:17-cv-07345-AB-KES<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the First Amended Petition, the other records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of the issues raised in Petitioner's objections. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the First Amended Petition and this action as untimely.

DATED: September 19, 2018

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE