JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT NOLDEN, III,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PAUL LOZANO, Chief of Corrections,<br><br>　　　　Respondent. | Case No. 2:17-cv-07345-AB-KES<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

　　IT IS ADJUDGED that the First Amended Petition and this action are dismissed as untimely.

DATED: September 19, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ANDRE BIROTTE JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE